UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL RICHARD, : | |
| Petitioner, : | |
| v. : | No. 2:20-cv-6326 |
| : | |
| SCOTT KLINEFELTER[1], *et al.*, : | |
| Respondents. : | |

**O R D E R**

**AND NOW**, this 24th day of March, 2023, after de novo review of Petitioner's petition for writ of habeas corpus, and upon consideration of the Report and Recommendation ("R&R") of Magistrate Judge Lynne A. Sitarski, ECF No. 19, and in the absence of objections to the R&R[2], **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, ECF No. 19, is **APPROVED** and **ADOPTED**;
2. The petition for habeas corpus is **DENIED**;
3. There is no basis to issue a certificate of appealability; and
4. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] The Court substitutes Scott Klinefelter, the Superintendent of SCI Houtzdale, as the respondent in this case. *See* Rules Governing Section 2254 Cases, Rule 2.

[2] Petitioner's deadline to file objections to the R&R passed more than one month ago.